IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:06-CR-19-BO-1
NO. 5:15-CV-508-BO

| | |
|---|---|
| JAMES LEE LEWIS,<br>         Petitioner, | )<br>)<br>) |
| v. | )    ORDER<br>) |
| UNITED STATES OF AMERICA,<br>         Respondent. | )<br>)<br>) |

This cause is before the Court on petitioner's motion to vacate under 28 U.S.C. § 2255 and the government's corresponding motion to dismiss. [DE 21, 26]. Petitioner argues that, in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), certain of his prior convictions may no longer be available for sentence enhancement purposes. Pursuant to 15-SO-2, the Office of the Federal Public Defender was appointed to assess the viability of petitioner's *Johnson* claim, and counsel entered a notice of appearance on March 11, 2016.

The Court now orders petitioner to file a response to the pending motion to dismiss by September 23, 2016, at 5:00 PM.

SO ORDERED this ___1___ day of September, 2016.

                                                                               TERRENCE W. BOYLE
                                                                               UNITED STATES DISTRICT JUDGE